# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Tracy Hamilton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-C-428 |
| Delaware North Milwaukee Sportservice, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Milwaukee Sportservice, Inc.                                                                            .

Date:         05/26/2026

/s/ Misty R. Martin
*Attorney's signature*

Misty R. Martin, Bar No. 576363
*Printed name and bar number*
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309

*Address*

mrmartin@seyfarth.com
*E-mail address*

(404) 885-1500
*Telephone number*

(404) 892-7056
*FAX number*