TRACY HAMILTON,

      Plaintiff,

  v.

DELAWARE NORTH MILWAUKEE
SPORTSERVICE, INC.

      Defendants.

Case No. 26-cv-428-WCG

## DEFENDANT MILWAUKEE SPORTSERVICE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Milwaukee Sportservice, Inc. (incorrectly identified as "Delaware North Milwaukee Sportservice, Inc."), by its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 7.1, states:

(1)    The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Tracy Hamilton

Defendant: Milwaukee Sportservice, Inc. Milwaukee Sportservice, Inc. is a corporation and is wholly owned by Delaware North Companies Sportservice, Inc. Delaware North Companies Sportservice, Inc. is privately owned and therefore no publicly owned corporation owns 10% more of its stock.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:     Tracy Hamilton, Pro Se Plaintiff

For Defendant:     Uma Chandrasekaran and Misty R. Martin of Seyfarth Shaw, LLP.

*[signature on following page]*

DATED:  <u>May 26, 2026</u>

Respectfully submitted,
*Milwaukee Sportservice, Inc.*

By:  <u>*s/ Misty R. Martin*</u>
Misty R. Martin

Uma Chandrasekaran *(\*petition for admission forthcoming)*
IL Bar No. 6281690
uchandrasekaran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Misty R. Martin
GA Bar No. 576363
MA Bar No. 658599
IL Bar No. 6284999
mrmartin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Attorneys for Defendant*
*Milwaukee Sportservice, Inc.*

3

TRACY HAMILTON,

      Plaintiff,

    v.

DELAWARE NORTH MILWAUKEE
SPORTSERVICE, INC.

      Defendants.

Case No. 26-cv-428-WCG

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed DEFENDANT

MILWAUKEE SPORTSERVICE, INC.'S CERTIFICATE OF INTERESTED

PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of

Court using the CM/ECF system and sent a copy via email and regular mail to Plaintiff,

who is proceeding *pro se*, at the following address:

      Tracy Hamilton
      4265 W. Cherrywood Ln
      Brown Deer, WI 53209
      Hamiltontracy807@myyahoo.com
      *Pro Se Plaintiff*

      *s/ Misty R. Martin*
      Misty R. Martin
      GA Bar No. 576363
      MA Bar No. 658599
      IL Bar No. 6284999
      *Counsel for Defendant*
      *Milwaukee Sportservice, Inc.*