# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Tracy Hamilton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-CV-428 |
| Delaware North Milwaukee Sportservice, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Delaware North Milwaukee Sportservice, Inc.                                                                          .

Date:     06/03/2026

Uma Chandrasekaran
*Attorney's signature*

Uma Chandrasekaran (IL 6281690)
*Printed name and bar number*

Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606
*Address*

uchandrasekaran@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*