Submitted on Tuesday, June 23, 2026 - 10:40
Submitted by anonymous user: 127.0.0.1
Submitted values are:
-------------------------------------------------------------------------------


*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF WISCONSIN*


Plaintiff: Tracy Hamilton
v.

Defendant(s): Milwaukee SportsService, Inc.
Case No.: 26-cv-428-WCG
-------------------------------------------------------------------------------


PRO SE (NON-PRISONER) LITIGANT'S

*REGISTRATION AND CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING*

I am a pro se litigant (non-prisoner) and consent to receive notices
electronically in the above captioned case. In doing so, I consent to the
Court and opposing counsel using my email address, as listed below, for the
purpose of sending me electronic notification of orders, notices, and other
documents that are filed in my case. I understand that hard (paper) copies
will no longer be sent by the Court or opposing counsel. By consenting to
electronic notice, I understand that I am responsible for maintaining a
current email address with the Court.

I hereby certify that:

1) I have provided and will maintain a current email address and mailing
   address with the Court. I will immediately file a Notice of Change of
   Address Form conventionally (by mail or in person) if my email or mailing
   address changes while the case is pending.

2) I am responsible for maintaining an email account to receive
   notifications, on a daily basis, from the Court and opposing counsel. I
   also understand that electronic mail filter software (SPAM filters) may
   interfere with my receipt of email notifications and will ensure that any
   such software installed on my computer or network will not filter out
   messages from ecfmaster@wied.uscourts.gov [1].

3) I am responsible for managing my email account and am responsible for
   others who may have access to my email account.

4) I have already registered or will immediately register for a PACER
   account (Public Access to Court Electronic Records). I understand I will

not receive any notices via email until I have a PACER account by registering at www.pacer.gov [2].

5) I understand that when documents are entered in the Case Management Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look," normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

6) I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees.

7) I further understand that receiving NEFs is a privilege, not a right, which may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S. mail.

Confirm: *By checking this box and entering my name in the box below, I hereby agree to the above conditions and elect to electronically receive NEFs to the email address listed below while the above case is pending.*
Electronic Signature: Tracy Hamilton
Email Address: hamiltontracy807@myyahoo.com
Street Address: 4265 W. Cherrywood Ln.
City, State, Zip Code: Brown Deer, WI 53209
Telephone Number: (414) 629-23677

---

[1] mailto:ecfmaster@wied.uscourts.gov
[2] http://www.pacer.gov