# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**TRACY HAMILTON,**

|  |  |
|---|---|
| **Plaintiff,** | **RULE 16 TELEPHONE** |
| v. | **SCHEDULING CONFERENCE** |
| **MILWAUKEE SPORTSERVICE, INC.,** | **Case No. 26-C-428** |
| **Defendant.** |  |

HONORABLE WILLIAM C. GRIESBACH, presiding
Proceeding Held: June 23, 2026
Deputy Clerk: Kyle

Time Called: 9:02 a.m.
Time Concluded: 9:28 a.m.
Tape: Zoom 062326

**Appearances:**

**Plaintiff**: Tracy Hamilton (pro se)

**Defendant:** Misty Martin

**Scheduling:**

| | | | |
|---|---|---|---|
| Initial Disclosures: | 7/10/2026 | Dispositive Motions: | 7/9/2027 |
| Amended Pleadings: | 7/31/2026 | Final Pretrial Conference: | 10/15/2027 at 11:00 a.m. |
| Expert Disclosures (Primary): | 4/5/2027 | ☒ Jury Trial or ☐ Court Trial: | 11/8/2027 at 8:30 a.m. |
| Expert Disclosures (Rebuttal): | 5/5/2027 | Trial Estimate: | 3 days |
| Fact Discovery: | 3/2/2027 | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Expert Discovery: | 6/8/2027 | | |

☒ Hearing dates entered on calendar

The court advises the pro se plaintiff that certain attorneys specialize in ADA cases and they routinely take these cases on contingency, meaning they are not paid unless there's a recovery either through settlement or prevailing at trial.

The court advises the parties of its streamlined summary judgment procedure.

The court indicates that if Defendant's motion for summary judgment is filed and fully briefed as late as August, and it appears Defendant needs to prepare for trial while awaiting the court's decision on its motion, the court is willing to vacate the trial date.

The jury trial will be held at the federal courthouse in Milwaukee. The final pretrial conference will be held in Milwaukee as well, with the possibility that it may be held by telephone depending on the circumstances.

The court advises the parties of its procedure regarding mediation.